Valorie Ferrouillet (SBN 217249)
Email: vferrouillet@martin-martinllp.com
JoAnn Victor (SBN 121891)
Email: jvictor@martin-martinllp.com
MARTIN & MARTIN, LLP
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Telephone: (213) 388-4747
Facsimile: (213) 388-6655

**Attorneys for** Defendants WALMART ASSOCIATES, INC.
and WALMART STORES, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA M. AMEZQUITA,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., DOMINICK SANCHEZ, and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 2:18-cv-00027 JAK (PLAx)<br><br>**EX PARTE APPLICATION TO REMAND CASE TO STATE COURT PENDING HEARING ON NUNC PRO TUNC DISMISSAL OF DEFENDANT DOMINICK SANCHEZ; DECLARATION OF JOANN VICTOR AND EXHIBIT THERETO**<br><br>[Filed concurrently with [Proposed] Order]<br><br>(Removed from Los Angeles County Superior Court, Case No. VC066258; Complaint filed April 21, 2017) |

### TO THE HONORABLE COURT HEREIN, PLAINTIFF, AND HER ATTORNEYS OF RECORD:

Defendants Wal-Mart Associates, Inc., Wal-Mart Stores, Inc. (collectively, "Walmart") and Dominick (*sic*) Sanchez ("Sanchez") ("Walmart and Sanchez, collectively, "Defendants") herein move the Court *ex parte*, for an order to

1   immediately remand the above-captioned matter to state court for a determination by

2   the state court as to whether to amend its Minute Order of December 4, 2017

3   ("Minute Order") *nunc pro tunc* to formally dismiss Sanchez as a defendant from the

4   lawsuit. Defendants requested that such a determination be made in its ex parte

5   application to the state court on March 21, 2018 (alternatively, "March 21 ex

6   parte").[12] In that this would be a purely ministerial act that affected a Minute Order

7   preceding, and laying the foundation for, Defendants' removal of the case to federal

8   court, Defendants concluded that the state court could act on its ex parte request,

9   even after removal. At the March 21 ex parte, however, the state court ordered the ex

10  parte put over to April 5, 2018 for further briefing and argument.[3] As such,

11  Defendants have concluded that a remand is appropriate to permit the state court to

12  address this issue.

## MEMORANDUM OF POINTS AND AUTHORITIES

13

14  **I.   BRIEF PROCEDURAL BACKGROUND AND REQUEST FOR**

15  **REMAND**

16        On January 2, 2018, Defendants removed the instant matter from state to

17  federal court ("Removal Court") based on its understanding that individually-named

18  Defendant Sanchez had been dismissed from the case per the Minute Order of the

19  state court of December 4, 2017 ("Minute Order"), in which the state court stated as

20  follows after hearing from counsel for the parties at the Case Management

21  Conference of that date:

22        "Counsel for the Plaintiff reports that he is not going to amend and the First

23  Amended Complaint will be the operative complaint."[4] That Minute Order also

24

---

25  [1] Defendants gave notice of this Ex Parte to Plaintiff's counsel, Timothy Donahue,
26  on the afternoon of March 21, 2018. Declaration of JoAnn Victor, ¶ 2.
27  [2] Declaration of JoAnn Victor, ¶ 3.
    [3] *Id.,* at  ¶ 4.
28  [4] *Id.,* at ¶ 5.

1    stated that "[b]ased on the ruling on the demurrer on 11/2/17 . . . Sanchez is no
2    longer a viable defendant" and the case was deemed "at issue".[5] In light of the
3    Minute Order, Defendants filed an ex parte brief on March 19 with the Removal
4    Court, asking that it find that Sanchez was no longer a defendant in the matter, so
5    that no answer on his behalf was required (Document No. 18). Plaintiff responded
6    the following day that the state case was never formally dismissed, and that removal
7    was improper (Document No. 19).

8          In that the Defendants are currently under order of the Removal Court to
9    answer on behalf of Sanchez by March 23, 2018, and not having heard this court's
10   response to the ex parte application to have Sanchez dismissed from the case,
11   Defendants filed an ex parte with state court on March 21, 2018. That application
12   was limited to a request that the state court amend the Minute Order *nunc pro tunc*,
13   so as to formally state and enter the dismissal of Sanchez from the case and thereby
14   obviate the need for Sanchez to file an answer in the Removal Court. However, at
15   the ex parte hearing on the request for the *nunc pro tunc* amendment to the Minute
16   Order, the state court ordered further briefing and that the parties return for a hearing
17   on the matter on April 5, 2018.[6]

18         So that there is no issue as to the jurisdiction of the state court to hold such a
19   hearing, Defendants respectfully ask that the federal court immediately remand the
20   instant litigation to state court for further proceedings. If, as expected, the state court
21   dismisses Sanchez from the case, Defendants can thereupon remove the matter again
22   to federal court without need for Sanchez to answer the operative complaint.
23   / / /
24
25
26
27   [5]*Ibid.*
28   [6]*Id.*, at ¶ 5.

EX PARTE APPLICATION TO REMAND CASE TO STATE COURT PENDING HEARING ON NUNC
PRO TUNC DISMISSAL OF DEFENDANT DOMINICK SANCHEZ; DECLARATION OF JOANN
VICTOR AND EXHIBIT THERETO

1

2                              II.    **CONCLUSION**

3          For the foregoing reasons, Defendants respectfully requests that this Court

4   immediately remand the above-captioned matter to state court.

5

6   DATED: March 21, 2018

7                                          Respectfully submitted,

8                                          MARTIN & MARTIN LLP

9

10                           By:    ___/s/ Jo Ann Victor_____

11                                   Valorie Ferrouillet
                                     JoAnn Victor
12                                   Attorneys for Wal-Mart Associates, Inc.
                                     and Wal-Mart Stores, Inc. and
13                                   Dominick (sic) Sanchez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EX PARTE APPLICATION TO REMAND CASE TO STATE COURT PENDING HEARING ON NUNC
PRO TUNC DISMISSAL OF DEFENDANT DOMINICK SANCHEZ; DECLARATION OF JOANN
VICTOR AND EXHIBIT THERETO

## DECLARATION OF JOANN VICTOR

I, JoAnn Victor, declare as follows:

1.      I am an attorney at law duly licensed to practice before all the state courts of the State of California, and before the United states District Court, Central District of California, and that I am an attorney at the Law Offices of Martin & Martin, LLP, counsel of record for Defendants Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc. ("Walmart"), and Dominick Sanchez ("Sanchez") (collectively, "Defendants") in the matter of *Martha M. Amezquita v. Wal-Mart Associates, Inc., Wal-Mart Stores, Inc., et al.*, Case No. VC 066258, now removed from the Superior Court of the County of Los Angeles to federal court under Case No. 2:18-cv-00027 JAK (PLAx) ("Case"). This declaration is submitted in support of the EX PARTE APPLICATION TO RECOGNIZE STATE COURT'S DISMISSAL OF "DOMINICK SANCHEZ" AS A DEFENDANT BASED ON THE MINUTE ORDER OF THE STATE COURT. I am familiar with this matter and if called upon, could and would competently testify from personal knowledge as to the following facts.

2.      Plaintiff was given notice of this ex parte on the afternoon of March 21, 2018.

3.      On March 21, 2018, counsel for Defendants appeared ex parte before the state court from which the Case was removed, for the purpose of asking that the state court exercise the ministerial act of correcting its Minute Order of December 4, 2018, *nunc pro tunc*, to reflect the fact that the state court had dismissed the individually-named defendant, Dominick (sic) Sanchez ("Sanchez"), from the case, and on which grounds the Case was removed to federal court on January 2, 2018.

4.      After review of the ex parte application of May 21, the state court issued an order setting a hearing for April 5, 2018, to determine whether Defendant Sanchez should be dismissed from the Case effective the date of the December 4, 2017 Minute Order, and scheduling briefing for Plaintiff's opposition to the request

1    and Defendant's reply to same. Attached hereto as Exhibit "A" is a true and exact

2    copy of the state court's order on the ex parte.

3         5.    I have reviewed the Minute Order from the Case Management

4    Conference of the state court dated December 4, 2017 ("Minute Order"), and which

5    Conference I attended. The Minute Order states as follows: "Counsel for the Plaintiff

6    reports that he is not going to amend and the First Amended Complaint will be the

7    operative complaint."[7] That Minute Order also stated that "[b]ased on the ruling on

8    the demurrer on 11/2/17 . . . Sanchez is no longer a viable defendant" and the case

9    was deemed "at issue"

10        I declare under penalty of perjury, pursuant to the laws of the State of

11   California, that the foregoing is true and correct.

12        Executed this 21th day of March 2018 in Los Angeles, California.

13

14                                     /s/ JoAnn Victor

15

16

17

18

19

20

21

22

23

24

25

26

27   _____

28   [7]*Id.*, at ¶ 3.

EX PARTE APPLICATION TO REMAND CASE TO STATE COURT PENDING HEARING ON NUNC
PRO TUNC DISMISSAL OF DEFENDANT DOMINICK SANCHEZ; DECLARATION OF JOANN
VICTOR AND EXHIBIT THERETO

# EXHIBIT A

1

2

3

4

5

6

7

8               SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                     FOR THE COUNTY OF LOS ANGELES

10

11   MARTHA M. AMEZQUITA,                    CASE NO.: VC066258
                                             [Hon. Margaret M. Bernal, Dept. F]
12
                    Plaintiff,
13          v.                               [~~PROPOSED~~] ORDER TO DISMISS
                                             DOMINICK SANCHEZ AS A DEFENDANT
14   WAL-MART ASSOCIATES, INC., WAL-
     MART STORES, INC., DOMINICK             DATE:     March 21, 2018
15   SANCHEZ, and DOES 1 through 100,        TIME:     8:30 a.m.
                                             DEPT.:    C
16
                    Defendants.
17                                           Complaint Filed:   04/21/2017
                                             Trial:             None
18

19          An Ex Parte Application and Supporting Memorandum for Nunc Pro Tunc Entry of Order to

20   Dismiss the Individually-Named Defendant Dominick Sanchez from the above-captioned lawsuit,

21   effective the date of the Court's Minute Order of December 4, 2017, was brought by Defendants

22   Wal-Mart Associates, Inc., Wal-Mart Stores, Inc. (collectively, "Walmart"), and Defendant

23   Dominick Sanchez (collectively, "Defendants").

24          Plaintiff Martha M. Amezquita appeared through her counsel of record, Timothy J.

25   Donahue, of the Law Offices of Timothy J. Donahue, and Defendants appeared through their

26   counsel of record, JoAnn Victor, of the law firm of Martin & Martin, LLP.

27          After full consideration of all papers filed and oral arguments presented,

28          **IT IS HEREBY ORDERED** as follows:

                                             1

THE COURT SETS A HEARING TO DETERMINE WHETHER

SHOULD BE

1    Defendant Dominick Sanchez is dismissed from the above-captioned lawsuit, effective the

2    date of the Court's Minute Order of December 4, 2017. THE HEARING DATE IS

3    ____ Granted ____ Denied. THURSDAY, APRIL 5, 2018 AT 1:30 p.m.

4    OPPOSITION MUST BE SERVED AND FILED BY MARCH 26, 2018.

5    REPLY MUST BE SERVED AND FILED BY APRIL 2, 2018.
     ALL PAPERS MUST BE FILED DIRECTLY IN DEPT. SE-C BEFORE 3:00 P.m.

6    DATED: March 21, 2018

     _____
7    Judge of the Superior Court

     MOVING PARTY TO GIVE NOTICE. (NO FAX FILING)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER TO DISMISS DOMINICK SANCHEZ AS A DEFENDANT