UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA M. AMEZQUITA,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., WAL-MART STORES, INC., DOMINICK SANCHEZ, and DOES 1 through 100,<br><br>Defendants. | CASE NO.: 2:18-cv-00027 JAK (PLAx)<br><br>**ORDER RE EX PARTE APPLICATION TO REMAND CASE TO STATE COURT PENDING HEARING ON NUNC PRO TUNC DISMISSAL OF DEFENDANT DOMINICK SANCHEZ (Dkt. 20) AND EX PARTE APPLICATION TO RECOGNIZE STATE COURT'S DISMISSAL OF DOMINICK SANCHEZ AS A DEFENDANT BASED ON THE MINUTE ORDER OF THE STATE COURT (Dkt. 18)**<br><br>**JS-6: Remanded** |

Upon review of Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc.'s Ex Parte Application to Remand Case to State Court Pending Hearing on *Nunc Pro Tunc* Dismissal of Defendant Dominick Sanchez (Dkt. 20), and good cause appearing, the Application is **GRANTED**. The action is remanded to the Los Angeles Superior Court, Norwalk Courthouse, Case No. VC066258.

1  In light of this ruling, Wal-Mart Associates, Inc. and Wal-Mart Stores, Inc.'s Ex
2  Parte Application to Recognize State Court's Dismissal of Dominick Sanchez as a
3  Defendant Based on the Minute Order of the State Court (Dkt. 18) is **MOOT**.
4  **IT IS SO ORDERED.**

Dated: March 27, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE